FILED
DEC 13 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SETHA JOE SOUNTHONPHOM, Defendant. | Case No.: 17MJ4742 <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 18, U.S.C., Section 1344(a) – Bank Fraud; Title 18, U.S.C., Section 1708 – Possession of Stolen Mail |

The undersigned complainant being duly sworn states:

### Count 1

On or about September 12, 2017, within the Southern District of California, defendant SETHA JOE SOUNTHONPHOM, knowingly and intentionally executed a material scheme and artifice to obtain money, funds and property owned by and under the custody and control of California Bank & Trust, a financial institution, by means of material false and fraudulent pretenses, representations and promises, to wit: SOUNTHONPHOM without authorization altered the payee and negotiated stolen check # 5688, dated September 8, 2017, in the amount of $2,425.00, all in violation of Title 18, United States Code, Section 1344(1) and (2).

### Count 2

On or about September 11, 2017, within the Southern District of California, defendant SETHA JOE SOUNTHONPHOM did receive and unlawfully have in his possession mail, and an article and thing contained therein, to wit: check #5685, dated September 6, 2017, made payable to Setha SOUNTHONPHOM in amount of $2,398.00

drawn on an account at California Bank and Trust, which had been stolen, taken, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted, in violation of Title 18, United States Code, Section 1708.

Further, the complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Darin M. White
Postal Inspector,
U.S. Postal Inspection Service

Sworn to before me and subscribed in my presence, this 11th day of December, 2017.

_____
HON. KAREN S. CRAWFORD
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

On September 18, 2017, the United States Postal Inspection Service (USPIS) received a mail theft complaint from PS Business Parks (PSBP). PSBP is the property management company for businesses located at 3914 Murphy Canyon Road, San Diego, CA 92123. The mail theft complaint indicated several of its occupants' mail boxes and the outgoing mail slot had been broken into. On September 20, 2017, I spoke with a representative from PSBP. The representative explained that the PSBP boxes had been vandalized and that the outgoing mail door on the PSPB box had been completely removed and that mail boxes of several tenants' as well as a parcel locker had been vandalized.

On October 6, 2017, I spoke with the Property Manager for MC Investment Partners, located at 3914 Murphy Canyon Rd, Suite A146, San Diego, CA 92123. The Property Manager informed me that MC Investment Partners had been a victim of the recent mail theft at 3914 Murphy Canyon Rd, and several of their outgoing checks had been stolen from the mail, altered and negotiated without their permission. The Property Manager explained that to date, six (6) checks were stolen and fraudulently negotiated at California Bank and Trust (CB&T) and two (2) checks at Wells Fargo Bank on different business accounts including their account under the name Helix HOA. Both banks are federally insured financial institutions and the Property Manager provided me with copies of the altered checks. The checks all had been altered to reflect a new payee and or amount.

I reviewed copies of the stolen checks and provided the copies to Wells Fargo Bank and CB&T bank investigators respectively. I later received detailed information about the transactions along with surveillance images.

1

Check #5688, a Helix HOA account check in the amount of $2,425.00 and was negotiated on September 12, 2017, at the CB&T, located at 3737 5th Ave., San Diego, CA 92103. The stolen check was altered to reflect Setha SOUNTHONPHOM as the new payee. The check was endorsed by SOUNTHONPHOM. I conducted a check of law enforcement indices and determined the CDL was valid for SOUNTHONPHOM and that SOUNTHONPHOM had a lengthy criminal history for "check fraud". I reviewed the bank surveillance image from the September 12, 2017, CB&T transaction and I recognized SOUNTHONPHOM from reviewing his CDL photo and prior booking photos as the person conducting the check cashing transaction. SOUNTHONPHOM was wearing a dark colored, collared shirt and had sunglasses resting on the top of his head.

Check #5685, a Helix HOA account check in the amount of $2,398.00 and was negotiated on September 11, 2017, at the CB&T, located at 6313 Mission Gorge Rd., San Diego, CA 92120. Both checks were related to MC Investment Partners and were two of several checks stolen from their mailbox. The stolen check was altered to reflect Setha SOUNTHONPHOM as the new payee. The check was endorsed by SOUNTHONPHOM. I reviewed the bank surveillance image from the September 11, 2017, CB&T transaction and I recognized SOUNTHONPHOM as the person conducting the check cashing transaction. SOUNTHONPHOM was wearing what appeared to be the same dark colored, collared shirt from the transaction he conduction the day prior. SOUNTHONPHOM also had his sunglasses resting on the top of his head.