FILED

18 JAN -3 PM 12: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___SQM___ DEP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SETHA JOE SOUNTHONPHOM,<br><br>                Defendant. | Case No. **18 CR 0089 LAB**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1708 – Theft or Possession of Stolen Mail; Title 18, U.S.C., Sec. 1344(2) – Bank Fraud; Title 18, U.S.C., Secs. 981(a)(1)(C) and 982(a)(2), Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

    The grand jury charges:

### Count 1
### POSSESSION OF STOLEN MAIL
### (18 U.S.C. § 1708)

    1.    On or about September 11, 2017, within the Southern District of California, defendant SETHA JOE SOUNTHONPHOM did receive and unlawfully have in his possession mail, and an article and thing contained therein, to wit: check #5685, dated September 6, 2017, made payable to Setha SOUNTHONPHOM in amount of $2,398.00 drawn on an account at California Bank & Trust, which had been stolen, taken, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted; in violation of Title 18, United States Code, Section 1708.

TDC:nlv:San Diego:1/2/18

## Count 2
### POSSESSION OF STOLEN MAIL
### (18 U.S.C. § 1708)

2. On or about September 12, 2017, within the Southern District of California, defendant SETHA JOE SOUNTHONPHOM did receive and unlawfully have in his possession mail, and an article and thing contained therein, to wit: check #5688, dated September 6, 2017, made payable to Setha SOUNTHONPHOM in amount of $2,425.00, drawn on an account at California Bank & Trust, which had been stolen, taken, and abstracted from a letter box, mail receptacle, and authorized depository for mail matter, knowing the same to have been stolen, taken, and abstracted; in violation of Title 18, United States Code, Section 1708.

## Count 3
### BANK FRAUD
### (18 U.S.C. § 1344(2))

3. On or about September 11, 2017, within the Southern District of California, defendant SETHA JOE SOUNTHONPHOM knowingly and intentionally executed a material scheme and artifice to obtain money, funds and property owned by and under the custody and control of California Bank & Trust, a financial institution, by means of material false and fraudulent pretenses, representations and promises, to wit: SOUNTHONPHOM altered, endorsed without authorization, and negotiated a stolen check in the amount of $2,398.00; in violation of Title 18, United States Code, Section 1344(2).

//
//
//
//
//

## Count 4
## BANK FRAUD
## (18 U.S.C. § 1344(2))

4. On or about September 12, 2017, within the Southern District of California, defendant SETHA JOE SOUNTHONPHOM knowingly and intentionally executed a material scheme and artifice to obtain money, funds and property owned by and under the custody and control of California Bank & Trust, a financial institution, by means of material false and fraudulent pretenses, representations and promises, to wit: altered, endorsed without authorization, and negotiated a stolen check in the amount of $2425.00; in violation of Title 18, United States Code, Section 1344(2).

### CRIMINAL FORFEITURE ALLEGATIONS

5. The allegations contained in paragraphs 1 through 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2), and Title 28, United States Code, Section 2461(c).

6. Upon conviction of one or more of the offenses set forth in Counts 1 through 4, possession of stolen mail, and bank fraud, in violation of Title 18, United States Code, Sections 1708 and 1344(2), defendant SETHA JOE SOUNTHONPHOM, shall forfeit to the United States, any property, real and personal, constituting, derived from, or traceable to violations set forth in Counts 1 and 2, and any property constituting or derived from proceeds the defendant obtained directly or indirectly from the violations set forth in Counts 3 and 4. The defendant is further notified that the United States will seek criminal forfeiture against him in an amount not less than $10,000.00.

7. If any of the property described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has been substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the property described above as being subject to forfeiture. All pursuant to Title 18, United States Code, Sections 981(a)(1)(c) and 982(a)(2), and Title 28, United States Code, Section 2461(c).

DATED: January 3, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

4