ADAM L. BRAVERMAN
United States Attorney
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney
California Bar No. 144911
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6768
Fax: (619) 546-0510

Attorneys for the Plaintiff
United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18cr089-LAB |
| Plaintiff, | |
| vs. | **MOTION FOR PROTECTIVE ORDER** |
| SETHA JOE SOUNTHONPHOM, | |
| Defendant. | |

1. Pursuant to the Federal Rule of Criminal Procedures 16(d)(1), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514") pertaining to privacy matters, the United States hereby makes a motion for a protective order for the following reasons.

A copy of the proposed Protective Order is being provided to the court via e-mail.

2. The Defendant in the above captioned case is charged in a complaint with bank fraud and possession of stolen mail. The discovery that the United States is producing contains voluminous amounts of personal information, including

banking account numbers, addresses, phone numbers and other personal information of those individuals who have been the victims of mail theft, bank fraud and identity theft as well as miscellaneous financial information.

3. In order to produce discovery, which the defense is entitled too, the United States is seeking a protective order which will govern all discovery produced in the above entitled case. Further, we are requesting that all discovery produced by the United States be restricted to the defense team and only be shared with the Defendant in the company of a defense team member. And that the defense be ordered not to provide to the Defendant a copy of any discovery produced by the United States which contains personal identifying information (PII).

4. Accordingly, to enable the production of these materials forthwith and to enable the case against Defendant to proceed as soon as possible, the United States asks the Court to enter the proposed Protective Order. A copy of the proposed Protective Order is being provided to the court via e-mail.

DATED: January 12, 2018

                                          Respectfully submitted,

                                          ADAM L. BRAVERMAN
                                          United States Attorney

                                          s/ Timothy D. Coughlin
                                          TIMOTHY D. COUGHLIN
                                          Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18cr089-LAB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SETHA JOE SOUNTHONPHOM, | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, Timothy D. Coughlin, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I have caused service of the **Motion for Protective Order** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them, and/or by email at the email address registered to them with the ECF System:

Aron Lee Israelite

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 12, 2018                         s/ Timothy D. Coughlin
                                                TIMOTHY D. COUGHLIN
                                                Assistant United States Attorney